IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BANK OF AMERICA, As Trustee For
The Millard Deck Estate,

        **Plaintiff,**

vs.                                        No. CIV-08-1138 MCA/RHS

**APACHE CORPORATION,
BP AMERICA PRODUCTION COMPANY,
CHESAPEAKE OPERATING, INC.,
CHEVRON U.S.A. INC., EXXONMOBIL
CORPORATION, JOHN H. HENDRIX
CORPORATION, RICE OPERATING
COMPANY and TEXACO EXPLORATION
AND PRODUCTION, INC.,**

        **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 041(a)(1)(A)(ii), Plaintiff Bank of America, as Trustee for the Millard Deck Estate, hereby dismisses this action, with prejudice, against Defendants Apache Corporation, BP America Production Company, Chesapeake Operating, Inc., Chevron U.S.A. Inc., John H. Hendrix Corporation, Rice Operating Company, and Texaco Exploration and Production Inc.  Each party shall bear its own costs and attorneys' fees.

        Respectfully submitted,

        HEARD, ROBINS, CLOUD, & BLACK, L.L.P.

        By:_____
           Bill Robins III
           Justin R. Kaufman
        300 Paseo de Peralta, Suite 200
        Santa Fe, New Mexico 87501
        (505) 986-0600

        **Attorneys for Plaintiffs**

Approved:

HOLLAND & HART, LLP


By: <u>Robert J. Sutphin Jr. (7/2/10)</u>
Michael B. Campbell
Robert J. Sutphin Jr.
Post Office Box 2208
Santa Fe, New Mexico   87504-2208
(505) 988-4421
(505) 983-6043 (facsimile)
***Attorneys for John H. Hendrix Corporation***

MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.


By: <u>John Cooney (7/2/10)</u>
John R. Cooney
Earl E. DeBrine, Jr.
Emil J. Kiene
P.O. Box 2168
Albuquerque, NM  87103-2168
Telephone: (505) 848-1800
***Attorneys for Defendants Apache Corporation,
BP America Production Company and
Chesapeake Operating, Inc.***

and

HAYNES AND BOONE, LLP

Michael J. Mazzone
1000 Louisiana, Suite 4300
Houston, Texas  77002
Telephone: (713) 547-2039
***Attorneys for BP America Production Company***

2

HENNINGHAUSEN & OLSEN, LLP

A. J. Olsen, Esq.
Sheryl L. Saavedra, Esq.
P. O. Box 1415
Roswell, NM 88202-1415
Telephone: (505) 624-2463

and

LYNCH, CHAPPELL & ALSUP, PC

By: Steve Kiser (7/2/10)
Harper Estes, Esq.
Steven C. Kiser, Esq.
300 Marienfeld, Suite 700
Midland, TX 79701
***Attorneys for Chevron U.S.A. Inc.,***
***and Texaco Exploration and Production Inc.***

HINKLE HENSLEY SHANOR & MARTIN LLP


By: Thomas M. Hnasko (7/6/10)
Thomas M. Hnasko, Esq.
Gary W. Larson, Esq.
P.O. Box 2068
Santa Fe, NM 87504-2068
218 Montezuma--87501
Telephone: (505) 982-4554
***Attorneys for ExxonMobil Corporation,***

COMEAU, MALDEGEN, TEMPLEMAN &
INDALL, LLP

By: Michael Comeau (7/2/10)
Michael Comeau
Jon Indall
Post Office Box 669
Santa Fe, NM  87504-0669
Telephone:  (505) 982-4611
***Attorneys for Rice Operating Company***

4860927_1.DOC